

F I L E D
JUN 24 2010
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

NO. 10-20403

HON. NANCY G. EDMUNDS

D-1 KWAME M. KILPATRICK,

Defendant.

______________________________/

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for Defendant, KWAME M. KILPATRICK, and states:

1. Defendant is charged in this case with mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), filing false tax returns (26 U.S.C. § 7206), and tax evasion (26 U.S.C. § 7201).

2. Defendant is currently incarcerated at the Oaks Correctional Facility in Manistee, Michigan, in connection with a different case, and is in the custody of the Michigan Department of Corrections (MDOC Number 702408).

3. Defendant's initial appearance and arraignment on the Indictment in this case has been scheduled for Tuesday, July 13, 2010 at 1:00 P.M. before the Duty Magistrate Judge in Room 114 of the Theodore Levin U.S. Courthouse. A writ of habeas corpus ad prosequendum is necessary to secure Defendant's presence at that proceeding.

WHEREFORE, the Government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce KWAME M. KILPATRICK before the judicial officer and at the place and time stated above.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

R. MICHAEL BULLOTTA
Assistant United States Attorney

MARK CHUTKOW
Assistant United States Attorney

Date: June 23, 2010



FILED
JUN 24 2010
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

NO. 10-20403

v.

HON. NANCY G. EDMUNDS

D-1 KWAME M. KILPATRICK,

Defendant.
_________________________________/

**ORDER**

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the Government's petition for writ of habeas corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the Government's petition.

HONORABLE DONALD A. SCHEER
United States Magistrate Judge

Date: June 24, 2010