UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CRIMINAL NO. 10-20403

-vs-                                HONORABLE NANCY G. EDMUNDS

D-1   KWAME M. KILPATRICK,

        Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, KWAME M. KILPATRICK, Defendant in the above-captioned case, hereby acknowledge that I have received a copy of the Indictment, and that I read it and understood its contents before entering a plea to the charges contained therein. I know that if I plead guilty or am found guilty at trial, I can be sentenced as follows:

**As to Counts One through Thirteen:**

**Mail and Wire Fraud**
**18 U.S.C. §§ 1341 and 1343**

For each count, twenty years imprisonment and/or a $250,000 fine

**As to Counts Fourteen through Eighteen:**

**Subscribing False Tax Return**
**26 U.S.C. § 7206(1)**

For each count, three years imprisonment and/or a $250,000 fine

**As to Count Nineteen:**

**Income Tax Evasion**
**26 U.S.C. § 7201**

Five years imprisonment and/or a $250,000 fine

_____
KWAME M. KILPATRICK
Defendant

Dated: July 13, 2010

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have read a copy of the Standing Order for Discovery and Inspection, which requires all pretrial motions to be filed within 20 days of arraignment.

_____
Attorney for Defendant

Dated: July 13, 2010