UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KWAME M. KILPATRICK,

    Defendant.
_____/

Hon. Nancy G. Edmunds
Case No. 10-cr-20403-01

FILED
JUL 20 2010
CLERK'S OFFICE
DETROIT

## STIPULATED ORDER AMENDING ORDER OF DETENTION

At a session of said Court, held in
the Federal Building, Detroit, Michigan
on    7/20/2010

PRESENT: HON.  NANCY G. EDMUNDS
                         United States District Court Judge
                         Eastern District of Michigan

THE COURT HAVING REVIEWED the Magistrate Judge's Order dated July 13, 2010 regarding the detention of the Defendant, Kwame M. Kilpatrick, in the above entitled cause, and having received the Stipulation of the Government and the Defense, and being fully advised in the premises;

IT IS HEREBY ORDERED that the provisions of Part III of the Detention Order of July 13, 2010 be amended to omit any restriction of the Defendant from being placed in the detention center or general population of whatever facility to which he has been designated; and that unless, otherwise deemed necessary by the Attorney General or his designate, Mr. Kilpatrick need

not be separated from such persons who are awaiting or serving sentences or being held in custody pending appeal.

SO ORDERED.

*Nancy G. Edmunds*
HON. NANCY G. EDMUNDS
U.S. DISTRICT COURT JUDGE

I stipulate to the entry of
the above Order:

/s/ Mark Chutkow (w/consent)
MARK CHUTKOW
Assistant United States Attorney
Attorney for Plaintiff
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9100
Email: mark.chutkow@usdoj.gov

/s/ James C. Thomas
JAMES C. THOMAS, P.C.
By: JAMES C. THOMAS (P23801)
Attorney for Defendant
535 Griswold Street, Suite 2500
Detroit, MI 48226
313-963-2420
Email: jthomas@plunkettcooney.com