UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
OCT 1 2 2010
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 10-20403
Hon. Nancy G. Edmunds

Kwame M. Kilpatrick, D 1,

    Defendant.
_____/

## ORDER APPROVING BUDGET

Having reviewed the attached budget submitted by attorneys James Thomas and Joseph Niskar representing Defendant Kwame M. Kilpatrick, the Court approves it.

IT IS SO ORDERED.

                                              s/ Nancy G. Edmunds
                                              NANCY G. EDMUNDS
                                              United States District Judge

Dated:

    Approved: *AS AMENDED*

    OCT 0 4 2010

                                              John Rogers
                                              John Rogers, Circuit Judge of
                                              the United States Court of Appeals for
                                              the Sixth Circuit

Dated: