UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

V.

                                  Case No. 10-20403
                                  Hon Nancy G. Edmunds

Kwame M. Kilpatrick,

    Defendants.

_____/

FILED
SEP 14 2010
CLERK'S OFFICE
DETROIT

## ORDER CONCERNING EXCESS AND INTERIM PAYMENTS FOR CJA ATTORNEYS FORM 20

    Because of the expected length of the trial in this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, pursuant to paragraph 2.30 A of the Guidelines for the Administration of the Criminal Justice Act, the following procedures for interim payments shall apply during the course of your representation in this case:

    1. Submission of Vouchers

    After expending a total of at least $2,500.00 in either time and/or expenses, counsel shall submit to the court clerk, an interim CJA Form 20, "Appointment of and Authority to Pay Court Appointed Counsel." Compensation earned and reimbursable expenses incurred after the first $2,500.00 shall be submitted in increments of $2,500.00 or more through final disposition of the case. Counsel shall complete Items 19 and 22 of the form. Each voucher shall be numbered in a series and include the time period each covers. All interim vouchers shall be supported by detailed and itemized time and expenses statements. Chapter II, Part C of the Guidelines for the Administration of the Criminal Justice Act outlines the procedures and rules for claims by CJA attorneys and should be followed regarding each voucher.

    The Court will review the interim vouchers when submitted, particularly with regard to the amount of time claimed, and will authorize compensation. The Court will also authorize for payment all reimbursable expenses reasonably incurred.

    **Counsel shall submit a proposed budget to Budget Coordinator Robert Ranz at the Sixth Circuit for approval. If the case is being budgeted, the interim voucher will be forwarded to the CJA Financial Official in the District for payment.**

At the conclusion of the representation, counsel shall submit a final voucher seeking final payment. The final voucher shall set forth in detail the time and expenses claimed for the entire case, including all appropriate documentation. Counsel shall reflect all compensation and reimbursement previously received on the appropriate line of the final voucher. Attorneys that have budgeted their case will not be subject to final voucher being submitted to the Sixth Circuit for approval.

IT IS SO ORDERED.

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
United States District Judge

Dated:

Approved:

AUG 3 1 2010

John Rogers, Circuit Judge of
the United States Court of Appeals for
the Sixth Circuit

Dated: