UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

D-1   KWAME M. KILPATRICK,
D-2   BOBBY W. FERGUSON,
D-3   BERNARD N. KILPATRICK,
D-4   VICTOR M. MERCADO,

           Defendants.
_____/

CRIM. NO. 10-20403

HON. NANCY G. EDMUNDS

## ORDER SETTING DATES

This matter came before the Court at a February 6, 2012 pretrial conference.

The Court scheduled the following dates:

1. Motions due:        **May 29, 2012**
   (including motions in limine)

2. Responses due:     **June 18, 2012**

3. Replies Due:       **July 2, 2012**

4. Motion Hearing to be held:   **August 6, 2012 at 10:00 a.m.**

5. Jury Trial to begin:   **September 6, 2012 at 9:00 a.m.**

6. Joint Jury Questionnaire due:   **May 29, 2012**

**SO ORDERED.**

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: February 8, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 8, 2012, by electronic and/or ordinary mail.

                s/Carol A. Hemeyer
                Case Manager