**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,                       CRIMINAL NO. CR-10-20403-NGE

v.                                      HON. NANCY G. EDMUNDS

D-1  KWAME M. KILPATRICK, et al.,
D-2  BOBBY W. FERGUSON,
D-3  BERNARD N. KILPATRICK, and
D-4  VICTOR M. MERCADO,

               Defendants.
_____ /

## GOVERNMENT'S FIRST FORFEITURE BILL OF PARTICULARS

Pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, the United States of America hereby offers its First Forfeiture Bill of Particulars with regard to the defendants in this case for the purpose of specifying property subject to criminal forfeiture.

Real and personal property subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 1963, and 28 U.S.C. § 2461(c), includes, but is not limited to, the following:

**I.**     **EQUIPMENT**

    a.  Caterpillar Inc. Excavator, Model 313BSR, Serial Number: 9PR00381;

    b.  Caterpillar Inc. Articulated Truck, Model D350EII, Serial Number: 02XW00157;

    c.  Caterpillar Inc. Medium TTT, Model D5MLGP, Serial Number: 3CR01244;

    d.  Caterpillar Inc. Track Excavator, Model 330 CLCQG, Serial Number: DKY00724;

    e.  Caterpillar Inc. Skid Steer Loader, Model 216, Serial Number: 4NZ02280;

    f.   Caterpillar Inc. Skid Steer Loader, Model 226, Serial Number: 5FZ01246;

    g.   Caterpillar Inc. Skid Steer Loader, Model 216C, Serial Number: 4NZ04400;

    h.   Caterpillar Inc. Articulated Truck, Model D350EII, Serial Number: 02XW00162;

    i.   Caterpillar 314 Excavator, Model 314CLCRHQ, Serial Number: PCA01039;

    j.   Caterpillar Excavator, Model 345 BL, Serial Number: 4SS01551;

    k.   Caterpillar Excavator, Model 330BL, Serial Number: 6DR03990;

    l.   Caterpillar Model IT38GII, Serial Number: CSX00680;

    m.   Caterpillar Inc. Skid Steer Loader, Model 216C, Serial Number: 4NZ04971;

    n.   Caterpillar Inc. Skid Steer Loader, Model 226, Serial Number: 5FZ00627;

    o.   Caterpillar Backhoe Loader, Model 420DC4XE, Serial Number: FDP05060;

    p.   Caterpillar Track Excavator, Model 321C LCR, Serial Number: MCF00496;

## II.    CURRENCY AND MONETARY INSTRUMENTS

    a.   Ten Thousand Dollars ($10,000.00) in U.S. Currency from Merrill Lynch Account Number 689-29664 in the name of Bobby Ferguson;

    b.   Twenty Thousand Dollars ($20,000.00) in U.S. Currency from Merrill Lynch Account Number 689-29665 in the name of Bobby Ferguson;

    c.   Thirty Five Thousand Eight Hundred Sixty Dollars ($35,860.00) in U.S. Currency from Merrill Lynch Account Number 689-29666 in the name of Bobby Ferguson;

    d.   Thirty Five Thousand Eight Hundred Sixty Dollars and Twenty Three Cents ($35,860.23) in U.S. Currency from Merrill Lynch Account Number 689-29667 in the name of Bobby Ferguson;

    e.   Twenty Five Thousand Dollars ($25,000.00) in U.S. Currency from the liquidation of First Independence Bank Cashier's Check Number 16533, dated March 30, 2007, in the amount of $25,000.00, payable to Bobby Ferguson;

    f.   Fifty Thousand Dollars ($50,000.00) in U.S. Currency from the liquidation of First

Independence Bank Cashier's Check Number 15916, dated May 19, 2006, in the amount of $50,000.00, payable to Bobby Ferguson;

g. One Hundred Thousand Dollars ($100,000.00) in U.S. Currency from the liquidation of PNC Bank Cashier's Check Number 133620, dated November 16, 2010, in the amount of $100,000.00, payable to Bobby W. Ferguson;

h. One Hundred Thousand Dollars ($100,000.00) in U.S. Currency from the liquidation of PNC Bank Cashier's Check Number 133621, dated November 16, 2010, in the amount of $100,000.00, payable to Bobby W. Ferguson;

i. Sixty Thousand Dollars ($60,000.00) in U.S. Currency from the liquidation of PNC Bank Cashier's Check Number 288201, dated January 19, 2011, in the amount of $60,000.00, payable to LaCresha A. Borgus;

j. Twenty Two Thousand Four Hundred Three Dollars and Forty Five Cents ($22,403.45) in U.S. Currency from Fifth Third Bank Account Number 7914058479 in the name of G.B. Utilities;

k. One Thousand Five Hundred Fifteen Dollars and Eighty Six Cents ($1,515.86) from Charter One Bank Account Number 4512083005 in the name of Four Children Enterprises, LLC;

## III.    **REAL PROPERTY**

a. Real property located at **18944 Bretton Drive, Detroit, Michigan**, and being more fully described as:

> Lot 1791, Rosedale Park No. 2, as recorded in Liber 40 on Page 46 of Plats, Wayne County Records.

> Commonly known as:   18944 Bretton Drive, Detroit, Michigan.

> Tax Parcel ID:   Ward Number 27, Item Number 061328 and
>                  Ward Number 22, Item Number 011845

> Titled to:   Bobby W. Ferguson and Marilyn L. Ferguson.
>              An undivided ½ interest to Bobby W. Ferguson, as Trustee, or his successor or successors, under a Revocable Trust Agreement dated December 7, 1998, wherein Bobby W. Ferguson is the Grantor; and the undivided ½ interest to Marilyn L. Ferguson, as Trustee, or her successor and successors, under a Revocable Trust Agreement dated December 7, 1998, wherein Marilyn L. Ferguson is the Grantor.

3

    b.   Real property located at **1001 W. Jefferson, Suite 5I (also known as 300 Riverfront, Suite 5I), Detroit, Wayne County, Michigan** being more fully described as:

       Unit 47, RIVERFRONT TOWERS, a Condominium according to the Master Deed recorded in Liber 41783, Pages 152 through 262, both inclusive, Wayne County Records, and described as Wayne County Condominium Subdivision Plan No. 813, as amended by First Amendment to Master Deed recorded in Liber 42595, pages 81 through 110, both inclusive, and by Second Amendment to Master Deed recorded in Liber 43421, pages 1 through 30, both inclusive, and by Third Amendment to Master Deed recorded in Liber 43914, Pages 221 through 236, both inclusive, and by Fourth Amendment to Master Deed recorded in Liber 44757, Pages 105 through 131, both inclusive, together with an undivided interest in the common elements of said condominium as set forth in said Master Deed, as amended, and as described in Act 59 of the Public Acts of Michigan of 1978, as amended.

       Commonly known as:   1001 W. Jefferson, Suite 5I, also known as 300 Riverfront, Suite 5I, Detroit, Michigan

       Tax Parcel ID:   Ward 06, Item 000002.047

       Titled to:   City of Detroit Downtown Development Authority with existing land contract to Tyrone McMillian/River Place Management LLC

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

Dated:   March 29, 2012

s/Linda Aouate
LINDA AOUATE (P-70693)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan   48226
linda.aouate@usdoj.gov
(313) 226-9587