UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KWAME KILPATRICK, ET AL.,

      Defendants.

_____/

Case No. 10-20403

Honorable Nancy G. Edmunds

## SCHEDULING ORDER NO. 1

At a hearing held on May 21, 2012, the Court discussed and/or set the following dates:

On **May 29, 2012**, counsel for the government and Defendants are to provide the Court (not filed) with a joint proposed juror questionnaire, including objections to proposed questions and suggested additional questions.

The motion cut-off date, including motions *in limine*, is set for **May 29, 2012**. Responses are due **June 18, 2012**, and Replies are due on **July 2, 2012**.

The hearing date for all motions is **August 6, 2012 at 10:00 a.m.**

On **June 1, 2012**, the government will provide its witness list to Defendants.

On **June 25, 2012**, the government will provide its exhibit list to Defendants. The government will also provide Defendants with a one-paragraph summary of expected witness testimony for all witnesses who did not testify in front of the Grand Jury.

On **August  8, 2012**, 300 potential jurors will be called to hear preliminary remarks and to fill out questionnaires. This same procedure will be followed in a morning and

afternoon session, with the potential jurors split into groups of 150 each.

On **August 10, 2012**, copies of the completed juror questionnaires will be provided to the Court and counsel for the government and Defendants.

On **August 15, 2012**, counsel will provide the Court with their "yes/no/maybe" lists.

On **August 20, 2012 at 10:00 a.m.**, counsel will appear in Court to challenge potential jurors for cause.

On **August 31, 2012**, a list of potential jurors to be called in must be provided to the Jury Department. Forty-five potential jurors will be qualified.

On **September 6, 2012**, the process of picking a jury in this matter will begin. Sixteen jurors will be chosen.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 22, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 22, 2012, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager