UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,           CRIMINAL NO. 10-CR-20403

        Plaintiff,                      HON. NANCY G. EDMUNDS

vs.                                  OFFENSES: 18 U.S.C. § 1962(d) (RICO)
                                    18 U.S.C. § 666(a) (bribery)
                                    18 U.S.C. § 1951 (extortion)
D-1,    KWAME M. KILPATRICK,         18 U.S.C. §§ 1341, 1343
                                        (mail/wire fraud)
        Defendant.               18 U.S.C. § 1512(c)
                                        (obstruction of justice)
                                    26 U.S.C. § 7206(1) (false
                                        tax return)
                                   26 U.S.C. § 7201 (tax evasion)
                                   18 U.S.C. §§ 1956(a)(1)(B)(1)

                                   (money laundering)
                                   18 U.S.C. § 2 (aiding & abetting)
                                   18 U.S.C. §§ 981(a)(1)(c),
                                   982(a)(1)) & 1963, and
                                   28 U.S.C. § 2461(c) (forfeiture)

_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

      I, **KWAME M. KILPATRICK**, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the FOURTH SUPERSEDING INDICTMENT in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

      I know that if I am convicted or plead guilty, I may be sentenced as follows -

**AS TO COUNT ONE**:

      18 U.S.C. § 1962(d) - Racketeering Conspiracy
      20 years imprisonment and/or a fine of not more than twice the gross
         profits or other proceeds from the racketeering activity

**AS TO COUNTS TWO THROUGH FIVE, SEVEN THROUGH TWELVE**:

      18 U.S.C. § 1951 - Interference with Commerce by Extortion
      Up to 20 years imprisonment and/or a $250,000 fine

**AS TO COUNT SIX, THIRTEEN, SIXTEEN, SEVENTEEN :**

    18 U.S.C. § 666(a) - Bribery Concerning Programs Receiving Federal Funds
    Up to 10 years imprisonment and/or a $250,000 fine

**AS TO COUNTS EIGHTEEN - THIRTY:**

    18 U.S.C. §§ 1341, 1343 - Mail and Wire Fraud
    Up to 20 years imprisonment and/or a $250,000 fine

**AS TO COUNTS THIRTY-ONE through THIRTY-FIVE:**

    26 U.S.C. § 7206(1) - Subscribing False Tax Return
    Up to 3 years imprisonment and/or a $100,000 fine plus costs of prosecution

**AS TO COUNT THIRTY-SIX:**

    26 U.S.C. § 7201 - Income Tax Evasion
    Up to 5 years imprisonment and/or a $100,000 fine plus costs of prosecution

_____
KWAME KILPATRICK
Defendant

**ACKNOWLEDGMENT OF DEFENSE COUNSEL**

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
PRINT NAME: James Thomas
Counsel for Defendant

Date: 6/6/12