# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA
      PLAINTIFF,

vs.

KWAME KILPATRICK
      DEFENDANT.

CASE #:  10-20403

HON. NANCY G. EDMUNDS

| | |
|---|---|
| AUSA R. Michael Bullotta | Harold Gurewitz (P14468) |
| AUSA Mark Chutkow | Counsel for Defendant |
| AUSA Jennifer Blackwell | Gurewitz & Raben, PLC |
| AUSA Eric Doeh | 333 W. Fort Street, Suite 1100 |
| U.S. Attorney's Office | Detroit, MI 48226 |
| 211 W. Fort Street, Suite 2001 | (313) 628-4733 |
| Detroit, MI 48226 | |

## NOTICE OF APPEAL

Defendant Kwame Kilpatrick, through his attorneys, Harold Gurewitz and Margaret Sind Raben, hereby enters his Notice of Appeal to the U.S. Court of Appeals for the Sixth Circuit of all orders of the District Court, his convictions, and his sentence imposed October 10, 2013.

Respectfully Submitted,

**GUREWITZ & RABEN, PLC**

By:    s/Harold Gurewitz
333 W. Fort Street, 11th floor
Detroit, MI 48226
(313) 628-4733
Email:  hgurewitz@grplc.com

Date:October 30, 2013    Attorney Bar Number:  14468

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 30, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1100
Detroit, MI 48226
(313) 628-4733
email: <u>hgurewitz@grplc.com</u>