Case No. 13-2500

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

KWAME M. KILPATRICK

   Defendant - Appellant

   The record in this matter shows that appointed counsel, Harold Z. Gurewitz, has failed to file the case opening forms by the required deadline.

   It is, therefore, **ORDERED** that counsel file the forms **within seven days** from the date of this order or this appointment will be revoked and new counsel appointed.  This matter may also be referred to the court for possible disciplinary proceedings pursuant to Sixth Circuit Rule 46(c).

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  December 16, 2013

_____

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 16, 2013

Mr. Mark Chutkow
Mr. Andrew Goetz
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Harold Z. Gurewitz
Gurewitz & Raben
333 W. Fort Street
Suite 1400
Detroit, MI 48226

Re: Case No. 13-2500, *USA v. Kwame Kilpatrick*
Originating Case No. : 2:10-cr-20403-1

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Mr. David J. Weaver

Enclosure