Case No. 13-2500

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KWAME M. KILPATRICK

    Defendant - Appellant

After considering that appellant counsel, in response to this court's show cause order of December 16, 2013, has advised that the District Court has not yet entered the judgment against the above-named defendant,

It is **ORDERED** that the show cause order of December 16, 2013 be and hereby is **DISCHARGED**.

                              **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 17, 2013

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 17, 2013

Mr. Mark Chutkow
Mr. Andrew Goetz
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Harold Z. Gurewitz
Gurewitz & Raben
333 W. Fort Street
Suite 1400
Detroit, MI 48226

Re: Case No. 13-2500, *USA v. Kwame Kilpatrick*
Originating Case No. : 2:10-cr-20403-1

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

cc: Mr. David J. Weaver

Enclosure