UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　Case No. 10-20403

　　Plaintiff-Respondent,　　　　　　　　　　　Honorable Nancy G. Edmunds

v.

KWAME M. KILPATRICK (D-1),

　　Defendant-Petitioner.

_____/

**JUDGMENT**

For the reasons stated in the Court's order denying Defendant-Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 entered this date, Defendant's motion is DENIED.

SO ORDERED.

　　　　　　　　　　　　　　　　s/Nancy G. Edmunds
　　　　　　　　　　　　　　　　Nancy G. Edmunds
　　　　　　　　　　　　　　　　United States District Judge

Dated: March 19, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record and on Kwame M. Kilpatrick 44678-039, FCI Fort Dix, PO Box 2000, Fort Dix, NJ 08640 on March 19, 2019, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　s/M. Beauchemin
　　　　　　　　　　　　　　　　Deputy Clerk