# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                              Case No. 10-20403
                              Hon. Nancy G. Edmunds

v.

**D-2 BOBBY FERGUSON,**

        **Defendant.**

---

### DECLARATION OF BOBBY FERGUSON

1. I am the Defendant in the above-captioned matter.

2. I am currently incarcerated at FCI Elkton in Lisbon, Ohio.

3. There are medical records attached to this Motion concerning my long-standing health issues, which I still suffer from today.

4. Currently, I am prescribed Lisinopril and Hyrdochlorothiazide for Hypertension, and Atorvastatin for High Cholesterol.

5. I also suffer from Chronic Lung Disease since a partial pneumonectomy performed in 1998 after I was shot in the chest, which resulted in a decrease in my lung capacity to 65 percent, which I am advised significantly increases my risk of mortality from COVID-19 exposure.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Bobby W Ferguson SR*
Bobby Ferguson

Dated: March 30, 2021