MIE (Rev. 9/09) Order of Case Reassignment for Docket Efficiency - Criminal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

               Plaintiff(s),

v.

Kwame M. Kilpatrick,

               Defendant(s).

_____/

Case No.  2:10-cr-20403-NGE-MKM-1

Honorable  Nancy G. Edmunds

Honorable  Stephen J. Murphy, III

### ORDER OF CASE REASSIGNMENT FOR DOCKET EFFICIENCY

       Pursuant to E.D. Mich LCrR 57.10(b)(2), the Chief Judge may order a criminal case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned. Therefore, for docket efficiency, the Clerk is directed to reassign this case from the docket of the Honorable _____Nancy G. Edmunds_____ to the docket of the Honorable _____Stephen J. Murphy, III_____.

s/Stephen J. Murphy, III
Chief Judge Stephen J. Murphy, III
United States District Judge

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CRIMINAL

Date: March 24, 2026

s/ S Schoenherr
Deputy Clerk

cc:   Parties and/or counsel of record
      Honorable Stephen J. Murphy, III