# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

CASE NO. #: 2:10-cr-20403-NGE-MKM-1

v.

**KWAME M. KILPATRICK,**

**Defendant-Petitioner.**

_____/



APR 0 1 2026

CLERK'S OFFICE
DETROIT

Assigned to: District Judge Nancy G. Edmunds
Case title: United States of America v. Kilpatrick et al
Related Case: 2:17-cv-12171-NGE
Appeals court case numbers: 12-1987 U.S. Court of Appeals - Sixth Circuit, 13-1556 U.S. Court
of Appeals - Sixth Circuit, 13-2500 U.S. Court of Appeals - Sixth Circuit, 17-2208 U.S. Court of
Appeals - Sixth Circuit, 17-2208 U.S. Court of Appeals - Sixth Circuit, 19-1683 U.S. Court of
Appeals - Sixth Circuit

## MOTION TO OBJECT TO GARNISHMENT ORDER

COMES NOW, Kwame Kilpatrick, the Movant, and respectfully files this Motion to Object to
the Garnishment Order concerning the accounts held at Comerica Bank, and in support thereof
states the following:

1. Lack of Account Ownership:

I hereby state emphatically that I have never had an account, nor do I currently have an account,
at Comerica Bank. I am not the nominee or account holder of any account at Comerica Bank,
including the account associated with Pathfinder Consulting Company.

2. Transparent Financial Discussion:

The funds purportedly associated with the garnishment order have been part of open discussions
regarding my financial situation since December 18, 2025. This account has been discussed fully
in more than 4 separate phone meetings *(2 were more than 2-hour phone calls)* between Movant
and United States Attorney, Jessica Nathan. In those accounts Attorney Nathan wanted to
negotiate part of the monies be given to the court for the purpose of paying Movant's restitution
obligation. And she asked for Movant to "speak to your wife about signing a stipulation order." I
refused to talk with my wife on the first conversation saying that "my wife's bank account that
she has had since 2017 is not a part of my monies, nor does she have any obligation to pay my
restitution obligation."

These funds are business assets owned and managed by LaTicia Kilpatrick, who has owned this business and associated account since 2017, and she has been a rightful account holder at Comerica Bank throughout this time.

Comerica Bank has officially acknowledged *(in writing)* that they have "No Accounts" at their bank that are owned, jointly-owned, nor any other banking relationship with "Kwame Kilpatrick."

The only reason that this account was frozen and made a part of the Garnishment process is because the Federal Authorities doctored and deformed the court order to have Movant's name on it, Kwame Kilpatrick, and the Pathfinder Consulting Firm Bank Account number. They knowingly misguided the court and Comerica Bank with their order for these funds. They intentionally mislead the court by not putting LaTicia Kilpatrick on the order because they absolutely knew that it was not my account.

### 3. Marital and Business Relationship:

I first communicated with LaTicia, through prison phone calls in October of 2018 and met with her in-person for the first time in February 2019. She already owned and operated the Pathfinder Consulting Firm, and several other businesses, and was doing great work in the City of Detroit. We were married in July 2021. I have consistently maintained that I am not involved in the management, executive decision-making, nor any banking issues concerning her business or financial affairs. However, as I explained to Attorney Nathan, I have voluntarily assisted in facilitating some business development relationships when I can, and, that I would cease to do this if was an issue. I asked Attorney Nathan about even this minor involvement and whether this was something that I should not do. She responded, "No, I'm not saying that you shouldn't do that." We had several conversations about these so-called "stashed" funds since they froze the funds and gave us no access to them on December 16, 2025.

### 4. Federal Attorney's Conduct:

Beginning in December of 2025, I first personally went to the United States Attorney offices on Lafayette Street in Detroit. Although Attorney Nathan was in the building she would not meet with me. I then reached out to her several times by phone and left voice messages. At some time after that I had several conversations, that I believed to be open and honest conversations with Attorney Jessica Nathan. I continuously expressed the points about the Comerica account in each of those conversations. Attorney Jessica Nathan has shown a persistent interest in the Comerica Bank funds, despite being aware that it is not my account nor my funds. She and the United States Attorney's Office has had the Comerica Bank Statements since at least December 16, 2025. As a matter of fact, there was no information hidden in our conversations. None! Public

Speaking fees, Preaching fees, check copies, monthly bills, other income, expenses, income tax filings, etc. We even discussed my mother's death benefits, and I offered information for the attorney who could give her all the information about that.

Anything being described as "hidden" or "stashed" is not only a lie, but much more intentionally misleading.

Attorney Nathan could view all the finances going into the Comerica account and coming out of the Comerica account for several years; including the business owned property expenses, like the Mortgage, Taxes, as well as childcare expenses like Daycare, and normal business consulting expenses. The freezing of this account and the lack of access to my financial resources for nearly four months stands as a travesty of justice. Not only have we had to remove our children from school. But the deleterious effect of the leaked documents, conversations about sealed documents filed to the court has worked to chill invitations for speaking engagements. This appears to be based on selective, even malicious enforcement rather than genuine restitution efforts.

In our final phone conversations about this account in February and early March of 2026, Attorney Nathan offered to take $7000 from the account and leave the remaining more than $6000 in the Comerica account. She also desired my wife to sign a stipulated order to this agreement, that would include a provision "not to sue" the federal government, and specifically the United States Attorney's Office. On advice and consent of counsel my wife refused, and I agreed with her decision, and called Attorney Nathan to give her my answer. This is not now, nor has it ever been about money, nor has this inquisition been for the purposes Restitution.

LaTicia is not under any federal court jurisdiction, has never committed a crime, nor is she currently involved in any matter with any state or federal court. Nor has she participated in any of the numerous conversations I've had with Attorney Nathan. This is bullying at best, but much more akin to extortion. After I told Attorney Nathan that my wife refused "to sign anything on the advice and consent of counsel", Attorney Nathan said, "I'm telling you, they are going to want to talk to me."

5. Violation of Stipulated Agreements:

I agreed upon stipulated conditions with the court to ensure the consistent payments of my outstanding restitution obligation, as well as maintaining the ability to contribute as a husband and father to my essential household expenses. However, attorney Nathan has disregarded these agreements, as evidenced by her actions in removing all my retirement funds and leaving my family without any necessary financial support, while simultaneously allowing "leaks" to the press of substantive parts of sealed court orders and personal financial information.

One of those disregarded and dishonest areas relates to my monthly retirement check from the Michigan Legislative Retirement System. We made an agreement for a percentage of that check

to go towards restitution, and the other part would be mine for living expenses for my family obligations. We stipulated to this, the court approved it, and Attorney Nathan said she would unfreeze the bank account where I received the direct deposit of these funds.

The court took the percentage of funds that I agreed upon for two-months of retirement payments, and the other part was deposited into this account. Attorney Nathan never filed any information to the court to unfreeze the bank account, even though she directly lied to me and told me that she did. I phoned her a month later after speaking with the bank several times, and she told me again that she had filed a motion to the court to get the accounts released. That was also a lie. She included a lie that she also sent and "email" to the court letting them know that "the time had passed for the order to hold the account."

Three days later after speaking to the bank again, I called the court (Judge Edmunds) and spoke to the Judge's Clerk. At that time, the clerk told me that earlier that morning Attorney Nathan had filed the motion to release the account. The motion filed to the court instructed the bank to release the hold on the account. Also, to "GARNISH ALL FUNDS FROM THE ACCOUNT AND SEND TO THE COURT PRIOR TO RELEASING THE HOLD."

Attorney Nathan absolutely knew that the only funds in this account were the balance of the remaining funds from my Michigan Legislative Retirement payments. So instead of honoring the court ordered stipulated agreement, the United States Attorney took two whole months of the retirement funds and left the account with a ZERO balance. Which is not only counter to the court order, but much more wicked in its intent, immorally leaving Movant's family without any of their own money, and maliciously executed. Again, I believed that we *(Movant and Attorney Nathan)* had very open and honest conversations about these funds, this account and all other matters. Attorney Nathan used those conversations not only to be dishonest, but much more to work against the court order, and the interest of justice, by employing a selective process for Movant.

6. False Statements and Misinformation:

Contrary to the claims made in the government's brief, I again reaffirm that I am not now, nor have I ever been, a nominee of any accounts at Comerica Bank, including the Pathfinder Consulting Firm account. The continuing garnishment of the Pathfinder Consulting Firm account not only lacks justification but is further compounded by misinformation that seeks to malign and impoverish Movant's family, and stymie their future ability to earn, care for their children, and pay their necessary bills. In short, it has malformed into a very selective and malicious endeavor on the part of the United States Attorneys Office. It seems to be a "Kwame Kilpatrick" process for him, his wife, and children.

WHEREFORE, I respectfully request the Court to:

a. Overrule the garnishment order directed at Comerica Bank regarding "my assets", recognizing that I do not hold any legal claim to the funds in question;

b. Release any encumbrances levied against this business account;

c. Grant any further relief that the Court deems just and appropriate in this matter.

April 1, 2026.

Kwame Kilpatrick

200 S Wing Street, Number 5332, Northville MI, 48167


CERTIFICATE OF SERVICE

I hereby certify that on this April 1, 2026, a true and correct copy of the above motion was served to all parties involved, including the United States Attorney's office and Comerica Bank.