UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KWAME M. KILPATRICK,

        Defendant.

_____/

Case No. 2:10-cr-20403

HONORABLE STEPHEN J. MURPHY, III

## <u>ORDER REGARDING OBJECTION [735] AND REQUIRING RESPONSE</u>

Defendant filed a "Motion to Object to the Garnishment Order concerning the accounts held at Comerica Bank." ECF No. 735, PageID.19189. The motion was filed on the docket of the criminal case and not on the docket of the miscellaneous case for the garnishment proceedings. *See United States v. Kilpatrick*, No. 2:22-mc-51143.

After a review of the instant "motion," the Court understands Defendant to be objecting to the "garnishment order" and writs of continuing garnishment as "directed at Comerica Bank." ECF No. 735, PageID.19193. The Court believes that the entries that Defendant referred to are on the miscellaneous docket. *See* 2:22-mc-51143, ECF Nos. 59, 66, 67, 69. The Court will therefore order the Clerk of the Court to file the instant motion, ECF No. 735, on the miscellaneous docket. The Court will also order the United States to respond to Plaintiff's objection within seven days of the entry of this order. Plaintiff may reply in accordance with Local Rule 7.1(e)(1)(B) if he so desires. Future garnishment-related filings should be directed to the miscellaneous docket and include the case number, 2:22-mc-51143.

1

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **FILE** the instant motion on the docket of **2:22-mc-51143**.

**IT IS FURTHER ORDERED** that the Clerk of the Court must also **FILE** this order on the docket of **2:22-mc-51143.**

**IT IS FURTHER ORDERED** that the United States must **RESPOND** to Defendant's' objection **no later than seven days from the entry of this order**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 6, 2026

2