

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

CASE NO. #: 2:10-cr-20403-NGE-MKM-1

v.

## KWAME M. KILPATRICK,
**Defendant-Petitioner.**

_____/



Assigned to: District Chief Judge Stephen J. Murphy, III
Case title: United States of America v. Kilpatrick et al
Related Case: 2:17-cv-12171-NGE
Appeals court case numbers: 12-1987 U.S. Court of Appeals - Sixth Circuit, 13-1556 U.S. Court of Appeals - Sixth Circuit, 13-2500 U.S. Court of Appeals - Sixth Circuit, 17-2208 U.S. Court of Appeals - Sixth Circuit, 17-2208 U.S. Court of Appeals - Sixth Circuit, 19-1683 U.S. Court of Appeals - Sixth Circuit

## Reply to Government's Motion and Brief

Movant respectfully submits this reply to the Government's Motion and Brief regarding Garnishment of the Comerica Bank account owned by Movant's spouse for the purpose of paying Movant's restitution.

## History of Facts:

On December 20, 2023, Movant received a letter from Attorney Jessica Nathan indicating a restitution amount of $164,584.42. (*Attorney Nathan also sent prior letters to the prison and to my home in Griffin, GA. A previous letter that Movant received in February 2022 referenced an amount of $193,146.22.*)

On January 19, 2024, Movant received a letter and email from Federal Probation Supervisor Alexander Moody confirmed Movant's successful completion of Supervised Release and reiterated the restitution balance of $164,434.42 *(Reduction of $150.00 for my January 2024 payment)*.

The forfeited funds from Movant's Co-Defendant totaled more than $2 million *(according to Attorney Jessica Nathan)*, substantially exceeding the restitution owed. The liquidated amounts from the property and cash seized by forfeiture from my co-defendant should have been far more than $3 million. Even some of the forfeited construction equipment

being sold *(or given)* to the Co-Defendant's former competitors. (*This needs to be investigated, and the correct amounts should be applied to both Movant and his co-defendant's outstanding restitution amounts.*)

The new figure of $823,649.09 was first encountered by Movant through media reports following the freezing of personal and business accounts associated with Movant and his spouse.

In December of 2025, Movant spoke to Attorney Jessica Nathan to get some understanding about this significant change in the Restitution amount. Attorney Nathan said "it was very confusing to me as well." She also explained that "she had never seen a calculation done this way before." Attorney Nathan also stated that she sent me a letter about the new restitution amount in September and October. That was during the time my mother was put in hospice in Fayetteville, Georgia, and eventually transitioned. I did not receive those letters.

## Response to Government Assertions:

1. Movant asserts that he is not a nominee of the Comerica Bank account in question, nor any other Comerica account. Movant does not hold any ownership or interest in the account, nor proceeds (cash) therein.

To pierce the corporate veil and take money from this business account based on marital status, joint parenting, or even Movant's occasional relational support for the business, is an overreach of authority and federal restitution law.

2. Movant is not representing any third party; he is advocating solely for himself.

Movant urges the court to exclude him from discussions regarding the Comerica Bank Business account, and limit considerations to whether the business funds of this account, owned by his spouse, should be garnished for the purpose of paying Movant's restitution, for an underlying criminal matter in which she, nor her business, have ever been involved.

Movant is neither owner nor co-owner nor "nominee" of the account in question.

## Conclusion:

Movant consistently demonstrated exemplary behavior during his incarceration, actively participating in educational programs and counseling others while fulfilling restitution obligations. Since release, he has committed no infractions, established a family, and initiated ministry work in both Georgia and Detroit. He has been a model of reentry, redemption, and reconciliation.

Returning to society from prison is an incredibly difficult endeavor, and it takes not only God's grace, but also tenacity, focus, and assistance.

Nevertheless, the restitution amount owed has inexplicably increased beyond prior communicated amounts to over $800,000. And assaultive acts of freezing the finances of an entire family, excluding opportunities to pay for childcare expenses (tutoring, sports, medicine, diapers, pullups, speech therapy, etc.), child daycare and teenager education cost, groceries, monthly home bills (mortgage, vehicle, utilities, etc.), insurance (medical, life, etc.), taxes (home), and the like, have been employed by the United States Attorney's office to "collect a debt." Really?

Movant is not hiding. Movant has weekly public engagement events in Detroit. He has never hidden or stashed anything, nor has any part of the Government's investigation found such. The Government's activity surrounding Movant, has simply been selective, even malicious activity to impoverish his family.

Rehabilitation and reduced recidivism pave the way for successful societal integration. However, the surrounding media's focus (provoked by the United States Attorney's office) on past actions has curtailed Movant's speaking engagements, hindering the positive transformation, ministry, and progress he has achieved over the past 12 years.

If the Government's pursuit is truly about "collecting a debt", then none of the activities that the Government has employed will work to meet that end.

Considering these circumstances, Movant respectfully requests that the Court dismiss the Government's assertions related to the Comerica account.

Respectfully submitted,

Kwame Kilpatrick
200 S. Wing Street
Number 5332
Northville, Michigan 48167
Pro Se

4/16/26



**United States Department of Justice**

United States Attorney's Office
Eastern District of Michigan

*Jessica A. Nathan*
Assistant United States Attorney

211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Telephone: (313) 226-9643
Facsimile: (313) 226-3800
E-Mail: Jessica.Nathan@usdoj.gov

December 20, 2023

Mr. Kwame M. Kilpatrick
506 Inkberry Dr.
Griffin, GA 30223

Re:     *United States v. Kwame M. Kilpatrick, et al.*
        Criminal No. 10-cr-20403 (E.D. Mi.)
        Name: Kwame M. Kilpatrick aka Kwame Malik Kilpatrick

Dear Mr. Kilpatrick,

On September 25, 2017, a judgment imposing $1,716,057.11 in criminal restitution was imposed against you. Although former President Trump commuted your sentence, the restitution obligation remains.

Prior to taking further enforcement action in the collection of your restitution as provided by the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A, we invite you to communicate with our office concerning your current financial circumstances and payment of your outstanding restitution. Recent reports disclose you earn income through various speaking engagements, are the CEO of Movemental Ministries, and have recently taken on an Executive Director role with Taking Action for Good, a non-profit working in criminal justice reform. Financial forms have also been provided for completion through Probation Services.

*NEW RESTITUTION AMOUNT OWED*

As of November 29, 2023, your outstanding restitution balance is **$164,584.42.** Although your term of supervised release is set to expire on January 19, 2024, any outstanding restitution will need to continue to be repaid until the balance is paid in full.

If we do not hear from you by Friday, January 19, 2024, our office will commence with its standard enforcement practices, including but not limited to, writs of garnishments, execution, and levy. If you have retained counsel for this matter, please forward this letter to your attorney. I can be reached directly at the above phone number or email.

[SIGNATURE ON NEXT PAGE]

Sincerely.

DAWN N. ISON
United States Attorney

By:    s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney

cc:
Alexander Moody, United States Probation Office

Case 2:10-cr-20403-SJM-MKM ECF No. 737, PageID.19201 Filed 04/16/25 Page 6 of 6

I am writing to confirm you have completed your three-year term of supervised release. The restitution balance of $164,434.42 is still owed and the U.S. Attorney's Office will assume the responsibility of collecting the balance.

Should you have any questions, do not hesitate to contact me.

We wish the best in your future endeavors.

Regards,

Alex Moody
Sr. U.S. Probation Officer
Northern District of Georgia
404-215-